Wisser Livery Sale and Exchange Stables, Inc., Appellant, v. Louis Risikoff and Joe Dumoff, Respondents.— Order of the County Court of Kings county denying plaintiff's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York ex rel. Philip Brady, Appellant, v. Michael J. Hogan and Others, Comprising the Board of County Canvassers of Kings County and Another, Respondents, Impleaded with August Ferrand, Appellant.— Order reversed, and motion for a peremptory writ of mandamus denied, as matter of law and not in the exercise of discretion, on authority of *People ex rel. Deitz* v. *Hogan* (165 App. Div. 298), decided herewith.     Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

Louis Bossert and Others, Respondents, v. Frederick Dhuy and Others, Appellants.— It was the intention of this court, in the case of *Bossert* v. *Dhuy* (*ante*, p. 251), which was the appeal taken by the defendants from the judgment in said action, to affirm said judgment, without costs, and it was also the intention of this court, in the same case, upon the appeal (165 App. Div. 931), being an appeal taken by the plaintiffs from a portion of the same judgment, to affirm that, without costs.   Through an error, the decision as it appeared was that the judgment in the latter case was affirmed, with costs.   Plaintiffs' notice of motion in this case is not sufficiently broad to enable us to correct this error at the present time. Motion denied, without costs.  Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Oscar Fried, Respondent, Appellant, v. The New York, New Haven and Hartford Railroad Company, Appellant, Respondent.— Motion granted, unless the defendant move at the next Special Term; otherwise, motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

In the Matter of the Probate of the Last Will and Testament of Mary Theresa Grant, Deceased.— Motion for leave to appeal to the Court of Appeals denied, and temporary stay vacated.   Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

In the Matter of the Opening, etc., of Washington Avenue, etc.— Motion to dismiss appeal denied, without costs.   Present — Burr, Thomas, Rich and Putnam, JJ.